**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**CASE NO.: 3:16-cv-00386-TJC-JRK**

**SHAYNE BATTLE,**

    Plaintiff,

v.

**NAVIENT SOLUTIONS, INC., and
DOES 1 TO 10, INCLUSIVE,**

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.08, plaintiff Shayne Battle and defendant Navient Solutions, Inc. give notice that the parties have agreed to resolution of all claims in this lawsuit, pending the preparation and execution of a confidential settlement agreement. The parties anticipate a voluntary dismissal with prejudice.

*Wherefore*, the parties respectfully request that the Court stay this action and retain jurisdiction for sixty (60) days so that that parties can complete settlement.

Respectfully submitted,

| **CRUMLEY & WOLFE, P.A.** | **AKERMAN LLP** |
|---|---|
| */s/ Benjamin H. Crumley* | */s/ Joseph S. Troendle* |
| Benjamin H. Crumley | Joseph S. Troendle |
| Florida Bar No. 18284 | Florida Bar No. 60103 |
| 2254 Riverside Avenue | joseph.troendle@akerman.com |
| Jacksonville, FL 32204 | 50 North Laura Street, Suite 3100 |
| Telephone: (904) 374-0111 | Jacksonville, FL 33202 |
| Facsimile: (904) 374-0113 | Telephone: (904) 798-3700 |
| Email: ben@cwbfl.com | Facsimile: (904) 798-3730 |
| *Counsel for Shayne Battle* | |

{38332388;1}

*—and—*
William P. Heller
Florida Bar No. 987263
william.heller@akerman.com
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Telephone:  (954) 759-8945
Facsimile:  (954) 463-2224

*Counsel for Navient Solutions, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Benjamin H. Crumley, Esq.
Crumley & Wolfe, P.A.
2254 Riverside Avenue
Jacksonville, FL  32204
Telephone:  904-374-0111
Facsimile: 904-374-0113
Email: ben@cwbfl.com

*/s/ Joseph S. Troendle*
Attorney