# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SHAYNE BATTLE,

    Plaintiff,

v.                                               Case No. 3:16-cv-386-J-32JRK

NAVIENT SOLUTIONS, INC. and
DOES 1 TO 10, INCLUSIVE,

    Defendants.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal with Prejudice (Doc. 9), filed on July 6, 2016, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of July, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

ab
Copies:

Counsel of record